IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02703-WYD-CBS

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA, a wholly owned Subsidiary of The Guardian Life Insurance Company of America; and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on a review of the file.  It appears that a motion to dismiss, a motion for temporary restraining order and a motion for preliminary injunction were filed in the state court proceeding before this case was removed to this Court.  These motions (doc. # 3 and 4) are **DENIED WITHOUT PREJUDICE**.  The parties shall meet and confer regarding the relief sought in the motions.  If the motions are refiled, they shall be filed in accordance with the requirements of the Local Rules and my Practice Standards.

    Dated:  November 23, 2009