IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02703-RPM

TINA GARCIA,

 Plaintiff,
v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA and
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,

 Defendants.

_____

## ORDER FOR DISMISSAL
_____

 Pursuant to the Response to Order for Clarification filed by counsel for the plaintiff on January 18, 2010, it is

 ORDERED that this case is dismissed without prejudice in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i).

 DATED:  January 19th, 2010

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior Judge